**Order entered February 18, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00840-CV

## STAMATINA HOLDINGS, LLC, ET AL., Appellants

## V.

## CITY OF DALLAS, ET AL., Appellees

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-21-02839

## ORDER

By order dated December 8, 2021, we ordered the appeal be submitted without the reporter's record. The reporter's record was filed on February 17, 2022. Accordingly, we **VACATE** our December 8 order.

Before the Court is appellants' February 17, 2022 second motion for an extension of time to file their brief on the merits. They request an extension of thirty days following the filing of a supplemental clerk's record they have requested. We **GRANT** the motion. We **ORDER** Dallas County District Clerk

Felicia Pitre to file, on or before **February 28, 2022**, a supplemental clerk's record containing the documents listed in the supplemental request filed in the district clerk's office on February 8.

Appellants shall file their brief on the merits on or before **March 30, 2022**.

/s/     CRAIG SMITH
        JUSTICE